UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| AFRICAN GROCERY STORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:07CV664 HEA |
| | ) | |
| UNITED STATES DEPARTMENT OF AGRICULTURE, | ) ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Abshir Hossen's motion to proceed in forma pauperis. After reviewing the financial information filed with the motion, the Court has determined that Hossen is unable to afford the filing fee. As a result, the motion will be granted.

Accordingly,

**IT IS HEREBY ORDERED** that Hossen's motion to proceed in forma pauperis [2] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk shall issue process or cause process to issue on the complaint.

Dated this 24th Day of April, 2007.

    HENRY EDWARD AUTREY
    UNITED STATES DISTRICT JUDGE